# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 721 |
| | : | |
| REAPPOINTMENTS TO JUVENILE | : | SUPREME COURT RULES |
| COURT PROCEDURAL RULES | : | |
| COMMITTEE | : | |
| | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 20th day of December, 2016, The Honorable R. Stephen Barrett, Montgomery County, and the Honorable Jennifer R. Sletvold, Northampton County, are hereby reappointed as members of the Juvenile Court Procedural Rules Committee for a term of three years commencing February 1, 2017.